THE INCORPORATED VILLAGE OF MARION *v.* DAVID EPLER.

IN error to the Court of Common Pleas of Marion county. Reserved in the District Court.

This case involves the question of the constitutionality of a special assessment for improving streets under section twenty-six of the act of May 3, 1852, " to provide for the organization of cities and incorporated villages."

The question is presented by demurrer to a petition in a suit brought to collect an assessment on Epler's lot, for improving the street in front of it.

*J. & S. H. Bartram*, for the plaintiff.

*Williams & Hume*, for defendant.

RANNEY, C. J. The question presented in this case, is not to be distinguished from that which we have just decided in the case of *Hill* v. *Higdon*. For the reasons there given, the demurrer in this case must be overruled.

BARTLEY, J., dissented.